## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21−13730 − NVA**   Chapter: **13**

**Frederick C.R. Eckhardt III and**
**Claudia H Lupus−Eckhardt**
Debtors

# DEFICIENCY NOTICE

DOCUMENT: 35 – Amended Disclosure of Compensation of Attorney for Debtor Filed by Jeffrey P. Nesson. (Attachments: # 1 Certificate of Service) (Nesson, Jeffrey)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/18/21.**

CURE: The Certificate of Service on the above pleading must include the names and addresses of parties served.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 11/4/21

                    Mark A. Neal, Clerk of Court
                    by Deputy Clerk, Lisa Alexander
                    301−344−3378

cc:   Debtor
      Attorney for Debtor – Jeffrey P. Nesson

defntc (rev. 12/12/2016)